Webb v Lyft, Inc.
2026 NY Slip Op 03934
June 23, 2026
Appellate Division, First Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

Kenya B, Webb, Respondent,
v
Lyft, Inc., Appellant, City Livery Leasing Queens Inc., et al, Defendants.

Decided and Entered: June 23, 2026
Index No. 812958/21|Appeal No. 6951|Case No. 2025-07087|
Before: Renwick, J.P., Scarpulla, González, Rodriguez, O'Neill Levy, JJ.
[*1]
An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Mary Lynn Nicolas-Brewster, J.), entered September 22, 2025,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated June 12, 2026,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: June 23, 2026